**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**CHRISTOPHER WILLIAMS,**                        )
                                                 )
     **Plaintiff,**                         )
                                                 )
     **v.**                                )
                                                 )    **Case No. 22-cv-00109 (APM)**
**NANCY PELOSI, et al.,**                        )
                                                 )
     **Defendants.**                        )
_____ )

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 16, Defendants'

Motion to Dismiss, ECF No. 11, is granted.

This is a final, appealable order.

Dated:  January 24, 2023

Amit P. Mehta
United States District Court Judge